Opinion issued July 18, 2002











In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-01-00922-CV

____________


JENNIFER PEINE, Appellant


V.


TEXAS DEPARTMENT OF PUBLIC SAFETY AND

DARLA ROSS, Appellees






On Appeal from the 164th District Court

Harris County, Texas

Trial Court Cause No. 9900037






MEMORANDUM OPINION

 The Court today considered the motion to dismiss appeal filed by appellant, Jennifer
Peine. Appellant's motion is granted and this appeal is dismissed. Tex. R. App. P. 42.1(a). 
All pending motions in this appeal are overruled as moot. The Clerk is directed to issue
mandate immediately. Tex. R. App. P. 18.1. 

PER CURIAM


Panel consists of Justices Taft, Nuchia, and Radack.

Do not publish. Tex. R. App. P. 47.